NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE, an individual,<br>            Plaintiff,<br>      v.<br>ALIEN VISIONS E-JUICE, INC., a California corporation; BEN LABARRE, an individual; CHRISTIANE LABARRE, an individual; SAM ELLINGER, an individual; and DOES 1 through 10, inclusive,<br>            Defendants.<br><br>ALIEN VISIONS E-JUICE, INC., a California corporation,<br>            Plaintiff,<br>      v.<br>Alien Vapor Enterprises, LLC, a Florida Limited Liability Company; and MIKE SARIEDDINE, an individual,<br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:19-cv-00601-AB (AFMx)<br><br>**[PROPOSED] ORDER RE: UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL FOR DEFENDANTS ALIEN VISIONS E-JUICE, INC., BEN LABARRE, CHRISTIANE LABARRE, AND SAM ELLINGER** |

("[PROPOSED]" shown with strikethrough)

1.

# ORDER

On January 27, 2020, Taylor English Duma LLP and One LLP (collectively, "Counsel") filed an Unopposed Motion to Be Relieved as Counsel for Defendants Alien Visions E-Juice, Inc., Ben Labarre, Christiane Labarre, and Sam Ellinger (collectively, "Defendants") and to Extend Case Deadlines to Permit Defendants to Find New Counsel. (Motion, Dkt. No. 63). Counsel provided Defendants formal notice of their intent to withdraw on January 22, 2020, to which Defendants do not object. (Motion at 2). As of the date of the filing of Counsel's Motion, Defendants have not yet found replacement counsel. (*Id.*).

For the reasons stated in Counsel's Motion and moving papers, the Court **GRANTS** the Motion, finding that good cause exists to relieve Taylor English Duma LLP and One LLP, Amanda Hyland, Seth Trimble, and John Lord as Counsel to Defendants under Local Rule 83-2.3.2 and Rule 3-700 of the California Rules of Professional Conduct.

Defendant Alien Visions E-Juice, Inc., a California corporation, must have counsel in this matter. It is well-established that corporations and other business entities cannot appear *pro se* in federal court; they must be represented by licensed counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (*per curiam*), *cert. denied*, 513 U.S. 826, (1994) ("A corporation may appear in federal court only through licensed counsel."). Further, Local Rule 83-2.2.2 explicitly states that "[o]nly individuals may represent themselves *pro se*. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." L.R. 83-2.2.2.

Under these circumstances, the Court gives Defendant Alien Visions E-Juice, Inc. until **March 31, 2020** to retain new counsel. Counsel will be relieved when new counsel files a Notice of Appearance, or on March 31, 2020, whichever is first. Counsel shall serve Defendant Alien Visions E-Juice, Inc. with: (1) any orders from this Court until March 31, 2020; and (2) a copy of this order and file a Proof of Service by February 17, 2020.

Each individual defendant—Ben Labarre, Christiane Labarre, and Sam Ellinger—is hereby **ORDERED** to obtain new counsel by **March 31, 2020** or notify the Court by that date that he/she is proceeding *pro se*. Counsel is **ORDERED** to provide the Court with the addresses and phone numbers of Ben Labarre, Christiane Labarre, and Sam Ellinger by February 18, 2020, at which point Counsel will be relieved.

Accordingly, the Court hereby modifies and extends the following case deadlines to permit Defendants to retain new counsel:

**SCHEDULE OF REMAINING PRETRIAL AND TRIAL DATES**

| Trial and Final Pretrial Conference Dates | Court Order mm/dd/yyyy |
| --- | --- |
| Trial | 12/15/2020 at 8:30 a.m.<br><br>[X] Jury Trial<br>[ ] Court Trial<br>3 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | 11/20/2020 at 11:00 a.m. |

3.

| Event [1]  Note: Hearings shall be on Fridays at 10:00 a.m. Other dates can be any day of the week. | Weeks Before FPTC | Court Order mm/dd/yyyy |
|---|---|---|
| Non-Expert Discovery Cut-Off **(no later than deadline for _filing_ dispositive motion)** | 17 | 06/22/2020 |
| Expert Disclosure (Initial) | | 07/13/2020 |
| Expert Disclosure (Rebuttal) | | 08/01/2020 |
| Expert Discovery Cut-Off | 12[2] | 08/28/2020 |
| Last Date to **Hear** Motions _[Friday]_<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 08/28/2020 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 09/11/2020<br><br>[ ] 1. Mag. J.<br>[ ] 2. Panel<br>[X] 3. Private |

4.

| **Trial Filings (first round)** | | |
|---|---|---|
| • Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 5.<br><br>3 | 10/30/2020 |

5.

| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order  [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony  *(court trial only)* | 2 | 11/06/2020 |

IT IS SO ORDERED.

Dated: February 12, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

6.