UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 19-0601-TJH (AFMx) | Date APRIL 6, 2020 |

Title: Mike Sarieddine v. Alien Visions E Juice, Inc et al

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and in response to the joint request [72], all discovery and motion deadlines are vacated. New deadlines will be set at the final pretrial conference.

The Court will, normally, not interfere with a party's right to be represented by counsel of the party's choosing. However, the Court will consider the matter if an order of the Court is breached or if opposition papers are not filed because a party is not represented.

IT IS SO ORDERED.

cc: all parties