**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy 124-359
San Jose, California 95118
Telephone: 408.298.8204
Facsimile: 408.715.6707

Attorneys for Plaintiff
Mike Sarieddine

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALIEN VISIONS E-JUICE, INC., a California corporation; BEN LABARRE, an individual; CHRISTINE LABARRE, an individual; SAM ELLINGER, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>ALIEN VISIONS E-JUICE, INC.,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>MIKE SARIEDDINE, an individual,<br><br>　　　　Counterdefendant. | Case No. 2:19-cv-00601-TJH-AFM<br><br>**PLAINTIFF MIKE SARIEDDINE'S NOTICE OF MOTION AND MOTION TO DISMISS ALIEN VISIONS E-JUICE, INC.'S CLAIMS AND COUNTERCLAIMS AND MOTION TO STRIKE DEFENDANT ALIEN VISIONS E-JUICE, INC.'S ANSWER AND ENTER DEFAULT AGAINST DEFENDANT ALIEN VISIONS E-JUICE, INC.**<br><br>Date:　　　　UNDER SUBMISSION<br>Time:　　　　UNDER SUBMISSION<br>Courtroom: 9B<br>Judge:　　　Hon. Terry J. Hatter Jr. |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure ("FRCP") 41, Central District of California Local Rules ("LR") 83-2.2.2 and 83-2.2.4, and this Court's February 12, 2020 Order in this action (ECF No. 66), Plaintiff Mike Sarieddine ("Sarieddine") hereby moves the Court for an order (i) dismissing Defendant and Counterclaimant Alien Visions E-Juice, Inc.'s ("Alien Visions") affirmative claims and counterclaims against Sarieddine, and (ii) striking Alien Visions' Answer to Sarieddine's affirmative claims and placing Alien Visions in default.

Pursuant to the procedures and standing orders of the Honorable Terry J. Hatter Jr., all motions are taken under submission and no appearance is necessary unless the Court notifies the parties.

This Motion is made on the grounds that (i) on February 12, 2020, this Court issued an Order requiring Alien Visions to retain new counsel by March 31, 2020; (ii) Alien Visions has not retained new counsel and no counsel has made an appearance in this action on behalf of Alien Visions; and (iii) pursuant to this Court's Local Rules and binding case law, Alien Visions, as a corporation, can only prosecute and defend claims through counsel, and Alien Visions' failure to obtain counsel in compliance with this Court's Order subjects Alien Visions' claims to dismiss and requires striking Alien Visions' Answer and placing it in default.

Conference of counsel pursuant to Local Rule 7-3 is not required because Alien Visions is unrepresented by counsel in this action and only counsel for Alien Visions can confer pursuant to Local Rule 7-3.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities below, the pleadings and papers on file in this action, any arguments of counsel at any hearing scheduled by the Court in connection with this Motion, and any such further evidence and

1 | material that the Court may allow.

Dated: April 13, 2020

Respectfully submitted,

TMW LAW

By   /s/ Bruno Tarabichi
Bruno Tarabichi
Attorneys for Plaintiff
Mike Sarieddine