**BRUNO TARABICHI**, CA Bar No. 215129
bruno@tmwlawfirm.com
**TMW LAW**
4750 Almaden Expy 124-359
San Jose, California 95118
Telephone: 408.298.8204
Facsimile: 408.715.6707

Attorneys for Plaintiff
Mike Sarieddine

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SARIEDDINE,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALIEN VISIONS E-JUICE, INC., a California corporation; BEN LABARRE, an individual; CHRISTINE LABARRE, an individual; SAM ELLINGER, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-00601-AB-AFM<br><br>**STIPULATION OF DISMISSAL OF CONSOLIDATED CASES NOS. 2:19-CV-00601 AND 2:19-CV-04451**<br><br>Case Filed:   January 25, 2019<br>Judge:         André Birotte Jr. |
| ALIEN VISIONS E-JUICE, INC.,<br><br>        Counterclaimant,<br><br>    vs.<br><br>MIKE SARIEDDINE, an individual,<br><br>        Counterdefendant. | |

1    Plaintiff/Counterdefendant Mike Sarieddine ("Sarieddine"),

2 Defendant/Counterdefendant Alien Visions E-Juice, Inc. ("Alien Visions"), and

3 Defendant Alien Vapor Enterprises, LLC. ("Alien Vapor"), by and through their

4 undersigned counsel, hereby give notice of settlement of all claims and defenses in

5 consolidated Case Nos. 2:19-cv-00601 and 2:19-cv-04451, and, pursuant to Rule

6 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulated to

7 dismissal of all claims asserted in both consolidated cases with prejudice, with each

8 party bearing its own fees and costs.

9

10  Dated: August 7, 2020      Respectfully submitted,

11               GORDON REES SCULLY
                 MANSUKHANI, LLP

12

13

14               By /s/ *A. Louis Dorny*

15                A. Louis Dorny
                Attorneys for Defendant
                Alien Visions E-Juice, Inc.

16

17

18  Dated: August 7, 2020      Respectfully submitted,

19               TMW LAW

20

21               By /s/ *Bruno Tarabichi*

22                Bruno Tarabichi
                Attorneys for Plaintiff
                Mike Sarieddine

23

24

25

26

27

28

STIPULATION OF DISMISSAL
(CASE NO. 2:19-CV-00601-AB-AFM)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  August 7, 2020

Respectfully submitted,

LAW OFFICES OF JOHN D. KERR


By /s/ *John D. Kerr*
    John D. Kerr
    Attorneys for Defendant
    Alien Vapor Enterprises, LLC

2